# LAW OFFICE OF SAM A. SCHMIDT
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

August 25, 2020

Honorable Alison J. Nathan, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

      Re: U.S. v. *Gomez-Arroyo*
          12 Cr. 567 (AJN)

Dear Judge Nathan:

      Pursuant to 18 U.S.C. § 3583(e) and Fed.R.Cr.Proc. 32.1, I am requesting the termination of the balance of Atri Gomez-Arroyo's supervised release on the grounds that early termination of the remaining balance of supervised release is warranted by defendant's conduct and is in the best interest of justice.

SO ORDERED. /s/ Alison J. Nathan 9/18/2020

      Mr. Gomez has been on supervised release since December 12, 2016. His term ends on December 8, 2020. I make this request upon the recommendation of Mr. Gomez's probation officer, Noah Joseph. Earlier today I spoke with Ms. Joseph. She informed me that her office has provided assistance is finding an apartment for Mr. Gomez, obtaining the appropriate benefits and stabilizing his life. Ms. Joseph explained that at this point there is nothing else that her office needs to do for Mr. Gomez and since he has done well and there have been no problems, termination of his supervised release is appropriate.

      If your Honor needs to reach Officer Joseph, her email is noah_joseph@nysp.uscourts.gov. I will provide her mobile number at your Honor's request but do not wish to publically file it.

      If your Honor has any questions, please have chambers contact me.

**LAW OFFICE OF SAM A. SCHMIDT**

Thank you for your Honor's consideration.

                                        Sincerely yours,

                                        /s/
                                      Sam A. Schmidt